FILED

DEC 1 6 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JOHN C. VASTIS,
also known as "Pete"

No. 14 CR 486

Hon. John J. Tharp Jr.

MAGISTRATE JUDGE MASON

Violations: Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B)

**SUPERSEDING INDICTMENT**

**COUNT ONE**

THE SPECIAL SEPTEMBER 2014 GRAND JURY charges:

On or about January 18, 2014, at Lakemoor, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN C. VASTIS,
also known as "Pete,"

defendant herein, did knowingly use, persuade, induce, and entice a minor, namely, Minor A, to engage in sexually explicit conduct, namely, lascivious exhibition of Minor A's genitals, for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce and which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**COUNT TWO**

THE SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

On or about March 3, 2014, at Lakemoor, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN C. VASTIS,
also known as "Pete,"

defendant herein, did knowingly use, persuade, induce, and entice a minor, namely, Minor A, to engage in sexually explicit conduct, namely, lascivious exhibition of Minor A's genitals, for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce and which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

THE SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

On or about July 12, 2014, at Lakemoor, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN C. VASTIS,
also known as "Pete,"

defendant herein, did knowingly use, persuade, induce, and entice a minor, namely, Minor A, to engage in sexually explicit conduct, namely, lascivious exhibition of Minor A's genitals, for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce and which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

THE SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

On or about July 13, 2014, at Lakemoor, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN C. VASTIS,
also known as "Pete,"

defendant herein, did knowingly use, persuade, induce, and entice a minor, namely, Minor A, to engage in sexually explicit conduct, namely, lascivious exhibition of Minor A's genitals, for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce and which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FIVE

THE SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

On or about August 23, 2014, at Lakemoor, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN C. VASTIS,

defendant herein, knowingly accessed with intent to view material, namely, an Apple Macbook laptop computer bearing serial number W8728DDUYA3, that contained an image of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such image having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate commerce by any means, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

THE SPECIAL SEPTEMBER 2014 GRAND JURY alleges:

1. The allegations in this Indictment are incorporated here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B) as alleged in this Indictment,

JOHN C. VASTIS,
also known as "Pete,"

defendant herein, shall forfeit to the United States any and all right, title and interest defendant has in any matter that contains visual depictions described in Title 18, United States Code, Sections 2251 and 2252A; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the said violations, including, but not limited to, one Apple Macbook laptop computer bearing serial number W8728DDUYA3.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

____________________________
FOREPERSON

____________________________
UNITED STATES ATTORNEY