JD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 27 2016
JUDGE JOHN J. THARP, JR.
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 14 CR 486 |
| | Hon. John J. Tharp Jr. |
| v. | |
| | Violation: Title 18, United States Code, Section 2252A(a)(5)(B) |
| JOHN C. VASTIS, also known as "Pete" | **SUPERSEDING INFORMATION** |

THE UNITED STATES ATTORNEY charges:

Between January and August 2014, at Lakemoor, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN C. VASTIS,

defendant herein, knowingly accessed with intent to view material, namely, an Apple Macbook laptop computer bearing serial number W8728DDUYA3, that contained an image of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate commerce by any means, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Zachary T. Fardon by JBP

UNITED STATES ATTORNEY